**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**DARYL L. MILLS, et al.** *

**Plaintiffs** *

**v.** * **Civil Action No.: AMD 00-3110**

**US AIRWAYS, INC.** *

**Defendant** *

FILED ENTERED LODGED RECEIVED SEP 13 2001 CLERK U.S. DISTRICT COURT DISTRICT OF MARYLAND DEPUTY

* * * * * * * * * * *

**ENTRY OF APPEARANCE**

Please enter the appearance of Scott D. Goetsch and the firm of Moore & Jackson, LLC. 305 Washington Avenue, Suite 401, Towson, Maryland 21204 as counsel for the Defendants, and withdraw the appearance of Semmes, Bowen & Semmes as counsel for the Defendants.

Scott D. Goetsch
Federal Bar Number: 01346
Moore & Jackson, LLC
305 Washington Avenue, Suite 401
Towson, Maryland 21204
(410) 583-5241

Semmes, Bowen & Semmes
250 West Pratt Street
Baltimore, Maryland 21201
(410) 539-5040

APPROVED
9/13/2001

9

**NOTICE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of September, 2001, a copy of an Entry of Appearance was mailed, postage prepaid, to:

Paul D. Bekman, Esquire
Iraelson, Salsbury, Clements & Bekman
300 W. Pratt Street, Suite 450
Baltimore, Maryland 21201

Scott D. Goetsch