UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

September 18, 2001

MEMORANDUM TO COUNSEL RE:   Mills, et al. v. U.S. Airways, Inc.
Case No.   AMD 00-3110

Per our telephone conference on above date, this serves to confirm the following in regard to the above titled case:

- Status report due on January 31, 2002
- Jury trial to commence on Monday, April 29, 2002, at 9:30 a.m.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: Court file