**UNITED STATES DISTRICT COURT**

DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

March 5, 2002

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

MAR 0 5 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

DEPUTY

MEMORANDUM TO COUNSEL RE:     Daryl L. Milll, et al. v. US Airways
                              Case No.   AMD 00-3110

        Pursuant to our telephone conference on the above date,  the schedule in this case will be as  follows:

        –       Joint status report due on or before July 1, 2002
        –       Jury trial (5 days) November 4, 2002, at 9:30 a.m.

    Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

                        Very truly yours,

                        Andre M. Davis
                        United States District Judge

AMD:tt
cc: Court file