IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DARYL L. MILLS, et al.,
   Plaintiffs

v.

U.S. AIRWAYS, INC.,
   Defendant

CIVIL NO. AMD 00-3110

...oOo...

ORDER

The court has been advised that defendant has filed a petition in a United States Bankruptcy Court, thus staying this action as to that defendant. This Order is deemed appropriate under the circumstances.

Accordingly, it is this 15th day of August, 2002, by the United States District Court for the District of Maryland, ORDERED

(1)   That this action is STAYED AND THE CASE IS REMOVED FROM THE TRIAL CALENDAR FOR NOVEMBER 4, 2002, pending the action of the United States Bankruptcy Court or further order of this court; and it is further ORDERED

(2)   That the Clerk of the Court shall ADMINISTRATIVELY CLOSE THIS CASE pending further order of this Court and TRANSMIT copies of this Order to counsel for the parties.

ANDRE M. DAVIS
United States District Judge