April 30, 2003

The Honorable Andre M. Davis
United States District Court
   for the District of Maryland
101 West Lombard Street
Baltimore, MD 21201

      Re:    Mills, et al. v. U.S. Airways, Inc.
              Civil Action No:    AMD 00-3110

Dear Judge Davis:

      Please be advised that the bankruptcy stay with regard to Mr. Mills' claim against U.S. Airways has been lifted. I have had the opportunity to consult with Mr. Goetsch who represents U.S. airways in this case, and we are both available to set a trial date, if Your Honor is available, of March 1, 2004, with pre-trial to take place approximately one month before that date, discovery of December 31, 2003. At the present time, neither party intends any dispositive motions. Mr. Goetsch and I have had no problems in accomplishing discovery, and would suggest a cut-off of discovery of December 31, 2003. Inasmuch as some of the witnesses are out-of-state, we want to have the flexibility of having enough time to get everyone who has to be deposed, to be deposed.

      Thank you for your consideration.

                                              Respectfully,

                                              PAUL D. BEKMAN

PDB/clt
cc:    Scott D. Goetsch, Esquire