**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820
MDDAMDChambers@mdd.uscourts.gov

May 9, 2003

MEMORANDUM TO COUNSEL RE:   Mills, et al. v. U.S. Airways, Inc.
                            Case No.   AMD 00-3110

Per our telephone conference on the above date, this is to confirm that the schedule in this case will be as follows:

  Discovery deadline/status report  -   December 31, 2003
  Trial (jury, 5-6 days)            -   Monday, April 5, 2004, @ 9:30 a.m.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

Andre M. Davis
United States District Judge

AMD:tt