IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DARYL L. MILLS,<br>    Plaintiff | : <br> : <br> : | |
| v. | : <br> : | CIVIL NO. AMD 00-3110 |
| U. S. AIRWAYS, INC.,<br>    Defendant | : <br> : | |

...o0o...

ORDER

The Bankruptcy Court having lifted the automatic stay, it is this 9th day of May, 2003, by the United States District Court for the District of Maryland, ORDERED

    (1)    That the Clerk shall REOPEN THIS CASE AND RESTORE IT TO THE DOCKET; and it is further ORDERED

    (2)    That this case is set for jury trial commencing on April 4, 2004.

                                                    /s/
                                        ANDRÉ M. DAVIS
                                        UNITED STATES DISTRICT JUDGE