February 17, 2004

The Honorable Andre M. Davis
United States District Court
    for the District of Maryland
U.S. Courthouse
101 W. Lombard Street, Room 520
Baltimore, Maryland 21201

                RE:    Daryl L. Mills, et al. v. US Airways, Inc.
                         Civil Action No.: AND 00-3110

Dear Judge Davis:

      This letter is being written as a joint request on behalf of Mr. Goetsch and myself to move the trial date in this case from April 5, 2004 to October 11, 2004.

      Mr. Goetsch and I have been endeavoring to complete all of the necessary discovery to put this case in a position for trial. We have been hampered, unfortunately, because of the downsizing of U.S. Air. That has created substantial logistical problems in terms of Mr. Goetsch, myself and our experts boarding the aircraft in question, or one that is similar to it for an inspection, as it relates to the facts and circumstances surrounding this case. In addition, one of the Plaintiff's experts, Dr. Andrew Munster, recently passed away. He was an expert who was expected to testify on behalf of the Plaintiff. He will have to be replaced. Mr. Goetsch does not object.

      Counsel is well aware of the fact that we both want to move this case forward to a conclusion, but we want to come up with a realistic date that makes sense to all parties, as well as the Court.

      Accordingly, we would respectfully request Your Honor's consent to move this case to the week of October 11, 2004.

The Honorable Andre M. Davis
United States District Court
    for the District of Maryland
February 17, 2004
Page 2


Thank you for your consideration.

                                                Respectfully,


                                                PAUL D. BEKMAN

PDB/slp

cc:    Scott D. Goetsch, Esquire



        /s/Andre M. Davis
        United States District Judge
        February 26, 2004