# MOORE & JACKSON, LLC

**ATTORNEYS AT LAW**

305 WASHINGTON AVENUE
SUITE 401
TOWSON, MARYLAND 21204

TELEPHONE 410-583-5241

FACSIMILE 410-583-7519

WWW.MOOREJACKSON.COM

Daniel J. Moore
William J. Jackson
Kevin M. Soper
Scott D. Goetsch
Joel D. Newport
Margaret Fonshell Ward
Stephen S. McCloskey

Karen Herzog Cooke

**Scott D. Goetsch**
**Direct Dial: 410-583-2207 ext. 105**
**Email: goetsch@moorejackson.com**

August 30, 2004

Hon. Andre M. Davis
United States District Court,
    District of Maryland
101 W. Lombard Street
Baltimore, MD     21201

**Re:**     **Mills v. USAirways**
          **Case No.:     AMD 00-3110**
          **Joint Request for Continuance for Mediation**

Dear Judge Davis:

    I am writing on behalf of myself and the plaintiff's attorney in this matter, Paul Bekman, concerning the status of this case, which is currently set for trial on October 11, 2004.

    Discovery in the case has progressed substantially in the past few months, and both sides have completed several witness and expert depositions, inspections of aircraft, record production, and other matters essential to the trial of the case. Both sides have progressed to a point where the strengths and weaknesses of each side have been explored, so that counsel on both sides have a greater understanding of the issues involved.

    Mr. Bekman approached me recently about attempting to resolve the matter through mediation. Mr. Bekman indicated that his client thought such an attempt would be worthwhile, and wanted to know if my client would also be amenable to trying to resolve the case in that fashion. My client feels that such an approach may be worthwhile, in order to possibly avoid a lengthy and complicated trial.

    Mr. Bekman and I agreed to have the case mediated by Judge Chasanow, with whom we have both had successful experiences in the past. However, while we have reserved a date for that

# MOORE & JACKSON

August 30, 2004
Page 2

proceeding, it is not until October 20, which is subsequent to the current trial date.

     Judge Chasanow has successfully mediated many cases, and both Mr. Bekman and I, and our respective clients, would like to proceed with mediation before him on October 20. This would necessitate a continuation of the trial date, which, hopefully, would then never have to be reset.

     It may be wise to pick a new date now, however, prior to the mediation, in order to return the case to the trial calendar as soon as possible should the mediation fail. We of course defer to your discretion on the issue. If you would like to reset it, if necessary, after the mediation has been completed, both sides are agreeable to proceeding in that fashion.

     So, both parties are asking that the trial date in this matter be continued, pending mediation by Judge Chasanow. Both Mr. Bekman and I will make ourselves available for a conference call to discuss the situation as soon as possible, if the Court feels such a conference is necessary.

     Thank you for your attention.

                                                   Yours very truly,

                                                   */s/ Scott D. Goetsch*

                                                   Scott D. Goetsch

SDG/vmb

cc:    Paul Bekman