IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **DARYL L. MILLS, et al.** | * | |
| **Plaintiffs** | * | |
| v. | * | Civil Action No.: AMD 00-3110 |
| **US AIRWAYS, INC.** | * | |
| **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \*

**SUGGESTION OF BANKRUPTCY AND**
<u>**NOTICE OF STAY**</u>

      Defendant US Airways, Inc. has filed for protection under the bankruptcy laws of the United States, and consequently, pursuant to the bankruptcy code, this action is stayed.

      Respectfully submitted,

      */s/ Scott D. Goetsch*
      Scott D. Goetsch
      Moore & Jackson, LLC
      305 Washington Avenue
      Suite 401
      Baltimore, Maryland 21204
      (410) 583-5241

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of September, 2004, a copy of Defendant's Suggestion of Bankruptcy and Notice of Automatic Stay has been mailed, postage prepaid, to:

Paul D. Bekman, Esquire
Israelson, Salsbury, Clements & Bekman
300 West Pratt Street, Suite 450
Baltimore, Maryland 21201

_____
Scott D. Goetsch