IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DARYL L. MILLS, et al.,<br>    Plaintiffs | : <br> : <br> : | |
| v. | : <br> : | CIVIL NO. AMD 00-3110 |
| U. S. AIRWAYS, INC.,<br>    Defendant | : <br> : | |

...o0o...

## ORDER

The court has been advised that defendant has filed a petition in the United States Bankruptcy Court, thus staying this action. This Order is deemed appropriate under the circumstances.

Accordingly, it is this 14th day of March, 2005, by the United States District Court for the District of Maryland, ORDERED

(1) That this action is STAYED pending the action of the United States Bankruptcy Court or further order of this court; and it is further ORDERED

(2) That the Clerk of the Court shall ADMINISTRATIVELY CLOSE THIS CASE pending further order of this Court.

/s/
ANDRE M. DAVIS
United States District Judge