# MOORE & JACKSON, LLC

**ATTORNEYS AT LAW**

305 WASHINGTON AVENUE
SUITE 401
TOWSON, MARYLAND 21204

TELEPHONE 410-583-5241

FACSIMILE 410-583-7519

WWW.MOOREJACKSON.COM

**Scott D. Goetsch**
Direct Dial: 410-583-2207 ext. 105
Email: goetsch@moorejackson.com

Daniel J. Moore
William J. Jackson
Kevin M. Soper
Scott D. Goetsch
Joel D. Newport
Margaret Fonshell Ward

Karen Herzog Cooke
Andrew M. Belt

October 10, 2006

Hon. Andre M. Davis
United States District Court,
    District of Maryland
101 W. Lombard Street
Baltimore, MD    21201

**Re:**     **Mills v. USAirways**
        **Case No.:    AMD 00-3110**
        **Joint Request for Continuance of Pre-Trial**

Dear Judge Davis:

    I am writing on behalf of Paul Bekman, the plaintiff's attorney in this matter, and myself, the attorney for the defendant, to jointly request that the pre-trial conference, currently set for November 17, be reset for January 5, 2007 at a time of your choosing. I believe there would also be agreement for some flexibility around that date, if the specific date is not acceptable to you.

    Mr. Bekman advises he has a conflict on that date, and there has been some difficulty with out of state witnesses, so the new date will enable us to jointly finish the preparation of the case, which is set for trial January 22, 2007.

    Again, Mr. Bekman and I are working together to fully prepare the case, and do not see problems in that regard.

    Thank you.

Yours very truly,
*/s/ Scott D. Goetsch*

Scott D. Goetsch

SDG/vmb

cc:   Paul Bekman

# MOORE & JACKSON

October 10, 2006
Page 2