## SALSBURY CLEMENTS BEKMAN
### MARDER & ADKINS, L.L.C.

300 West Pratt Street, Suite 450
Baltimore, Maryland 21201
410-539-6633 • fax 410-625-9554

Stuart M. Salsbury*
Paul D. Bekman
Daniel M. Clements*
Laurence A. Marder
E. Dale Adkins III
Wendy L. Shiff
Julia A. Lodowski

*also admitted in D.C.

Michael P. Smith
of counsel

James O'C. Gentry, Jr.
Counsel to the Firm

Gregory G. Hopper
Sarah E. Brannon
Emily C. Malarkey

Max R. Israelson
(1915-2000)

October 12, 2006

The Honorable Andre M. Davis
United States District Court
   for the District of Maryland
101 West Lombard Street
Baltimore, MD 21201

      Re:    Mills, et al. v. U.S. Airways, Inc.
              Civil Action No:    AMD 00-3110

Dear Judge Davis:

      This matter has been rescheduled for a Pre-Trial Conference on Friday, January 5, 2007.

      Mr. Goetsch and I both believe that if it is at all possible, and a magistrate judge is available between now and the time of trial, it would be advantageous to have a settlement conference. If Your Honor would be kind enough to make the referral, we believe we can make great headway in possibly resolving this case.

                                    Respectfully,

                                    /s/

                                    PAUL D. BEKMAN

PDB/clt
cc:    Scott D. Goetsch, Esquire