**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4288
(410) 962-3844 FAX

November 9, 2006

Paul D. Bekman, Esqurie
Salsbury, Clements, Bekman, Marder
 & Adkins, LLC
300 W. Pratt Street, Suite 450
Baltimore, Maryland 21201

Scott D. Goetsch, Esquire
Moore & Jackson, LLC
305 Washington Avenue, Suite 401
Baltimore, Maryland 21204

Subject: <u>Daryl L. Mills, et al. v. U. S. Airways, Inc., et al.</u>
Civil No. AMD-00-3110

Dear Counsel:

This will confirm that, at the request of the parties, the settlement conference in the above referenced case has been rescheduled from Monday, November 27, 2006 to Thursday, January 4, 2007 at 9:30 a.m.

In addition, the due date for <u>ex parte</u> letters has been changed to Friday, December 22, 2006.

Thank you for your assistance in this matter.

Very truly yours,

/s/

Beth P. Gesner
United States Magistrate Judge

cc:    Judge Davis