**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4288
(410) 962-3844 FAX

December 14, 2006

Paul D. Bekman, Esqurie
Salsbury, Clements, Bekman, Marder
 & Adkins, LLC
300 W. Pratt Street, Suite 450
Baltimore, Maryland 21201

Scott D. Goetsch, Esquire
Moore & Jackson, LLC
305 Washington Avenue, Suite 401
Baltimore, Maryland 21204

Michael S. Levin, Esquire
Dirska & Levin
8820 Columbia 100 Parkway
Suite 101
Columbia, Maryland 21045

Subject: <u>Daryl L. Mills, et al. v. U. S. Airways, Inc., et al.</u>
Civil No. PWG-00-3110

Dear Counsel:

This will confirm that, at the request of the parties, the settlement conference in the above referenced case has been rescheduled from Thursday, January 4, 2007 to Wednesday, May 2, 2007 at 10:00 a.m.

In addition, the due date for <u>ex parte</u> letters has been changed from Friday, December 22, 2006 to Wednesday, April 18, 2007.

Thank you for your assistance in this matter.

Very truly yours,

/s/
Beth P. Gesner
United States Magistrate Judge

cc:   Judge Grimm