UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4288
(410) 962-3844 FAX

January 19, 2007

Paul D. Bekman, Esquire
Salsbury, Clements, Bekman, Marder
 & Adkins, LLC
300 W. Pratt Street, Suite 450
Baltimore, Maryland 21201

Scott D. Goetsch, Esquire
Moore & Jackson, LLC
305 Washington Avenue, Suite 401
Baltimore, Maryland 21204

Michael S. Levin, Esquire
Dirska & Levin
8820 Columbia 100 Parkway
Suite 101
Columbia, Maryland 21045

Subject: <u>Daryl L. Mills, et al. v. U. S. Airways, Inc., et al.</u>
Civil No. PWG-00-3110

Dear Counsel:

This is to advise you that, due to a scheduling conflict, I need to reschedule the settlement conference in the above referenced case from Wednesday, May 2, 2007 to Tuesday, May 8, 2007 at 10:00 a.m. Please advise my chambers immediately if you will not be available at that time.

Thank you for your cooperation in this matter. I apologize for any inconvenience this may cause.

Very truly yours,

/s/
Beth P. Gesner
United States Magistrate Judge

cc: Judge Grimm